Roxanna Kelley, Appellant, *v.* Ann Augusta Foster et al., Impleaded, etc., Respondents.

(Argued February 2, 1892; decided March 8, 1892.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 23, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

This was an action for an accounting by defendants, as administrators of Francis E. Foster, who, at the time of his decease, was acting as liquidator of the Croton River National Bank, which had gone into voluntary liquidation.

The only questions presented were of fact as to certain counter-claims allowed by the referee appointed to take the account.

*W. A. Abbott* for appellant.

*Calvin Frost* for respondents.

HAIGHT, J., reads for affirmance of judgment.

All concur.

Judgment affirmed. _____